UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ROY A. DAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:17-cv-00286-JAW |
| | ) | |
| LORNA R. GREY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed February 8, 2018 (ECF No. 14), the Recommended Decision is accepted and the Plaintiff is allowed to proceed against all four Defendants following review pursuant to 28 U.S.C. § 1915.

Accordingly, it is hereby ORDERED that the Plaintiff's Motion for Service (ECF No. 3) be and hereby is GRANTED to encompass all four Defendants. The address for Defendants Lorna R. Grey and Roy A. Grey is 169 Glenmere Road, Port Clyde, Maine 04955; the address for Defendant GEICO General Insurance Company is c/o Thompson & Bowie, 3 Canal Plaza, Portland, ME 04101-4080; the address for Defendant 21st Centennial Insurance Company is c/o Corporation Service Company, 45 Memorial Circle, Augusta, ME 04330-6400. It is further ORDERED that the deadline for service of the Complaint is 90 days from the date of this Order.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 26th day of February, 2018